UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| FREDDIE COUFAX SWAGGERTY, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> Respondent. ) | Nos. 2:20-CV-129 <br> 2:15-CR-057 |

## **O R D E R**

In accordance with the accompanying Memorandum Opinion, Petitioner's motion to vacate, set aside, or correct a sentence under 28 U.S.C. § 2255 [Doc. 1; Criminal Doc. 72] is **DENIED** and this action is **DISMISSED WITH PREJUDICE**.

Further, for the reasons set forth in the Memorandum Opinion, a certificate of appealability **SHALL NOT ISSUE**. The Court **CERTIFIES** that any appeal from this Order would not be taken in good faith, and, should Petitioner file a notice of appeal, he is **DENIED** leave to proceed in forma pauperis. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24.

The Clerk is **DIRECTED** to close the civil file.

**IT IS SO ORDERED.**

ENTER:

s/ Leon Jordan
United States District Judge